IN THE UNITED SATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SANDY BROWN and
DIANE NELSON,
    Plaintiffs,

v.                                                    Case No. 15-cv-08 SCY/LAM

RAINBOW RYDERS, INC., FRANK WECHTER,
LINDSTRAND BALLOONS, and JOHN and JANE DOES,
    Defendants.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On January 5, 2015, Defendant Lindstrand Balloons removed this lawsuit to federal court. *Doc. 1*. Defendant Lindstrand attached to its notice of removal a copy of "all process, pleadings and orders" from the state court docket. *Id.* at 1. A review of these attachments indicates that Defendants Rainbow Ryders, Inc. and Frank Wechter answered Plaintiffs' complaint prior to removal. *Doc. 1*, Ex. 1 at 47. There is, however, no record that Defendant Linstrand has filed its answer to the complaint. *See generally Doc. 1*, Ex. 1. Federal Rule of Civil Procedure 81(c)(2) directs that a defendant file an answer in a removed action within: (1) twenty-one days after receiving, through whatever means, a copy of the initial pleading stating the claim for relief; (2) twenty-one days after being served; or (3) seven days after the notice of removal is filed, whichever period is longest. It appearing to the Court that all of these dates have passed and Defendant Lindstrand has yet to answer, **IT IS HEREBY ORDERED** that, by May 8, 2015, Defendant Lindstrand either (1) file an answer or (2) file a brief explaining why the answer deadline should be extended.

                                                        _____
                                                        STEVEN C. YARBROUGH
                                                        UNITED STATES MAGISTRATE JUDGE