IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANDY BROWN and DIANE NELSON,

    Plaintiffs,

v.                                                      No. CIV-15-0008 SCY/LAM

RAINBOW RYDERS, INC., a New Mexico
Corporation, FRANK WECHTER,
LINDSTRAND BALLOONS, an Illinois
Corporation, JOHN AND JANE DOES
1 through 100, inclusive,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Status Conference |
| DATE AND TIME OF HEARING: | Monday, December 14, 2015 at 2:00 p.m.<br>(Trailing Docket – 15 minutes) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor,<br>100 N. Church, Las Cruces, NM, before<br>U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

**The parties shall call into the Court's "meet-me" line at 505-348-2694.** It is recommended that a reliable long-distance carrier be used to ensure sound quality. This line can only accommodate up to six telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

                                                          _____
                                                          LOURDES A. MARTÍNEZ
                                                          UNITED STATES MAGISTRATE JUDGE