IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANDY BROWN and DIANE NELSON,

    Plaintiffs,

v.                              No. CIV-15-0008 SCY/LAM

LINDSTRAND BALLOONS, an Illinois
Corporation, and JOHN AND JANE DOES
1 through 100, inclusive,

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

| | |
|---|---|
| MATTER(S) TO BE HEARD: | Status Conference |
| DATE AND TIME OF HEARING: | Thursday, January 21, 2016 at 1:45 p.m.<br>(Trailing Docket – please be available<br>15 minutes prior to the start of this hearing) |
| LOCATION: | U.S. Courthouse and Federal Building, 5th Floor,<br>100 N. Church, Las Cruces, NM, before<br>U.S. Magistrate Judge LOURDES A. MARTÍNEZ |

    Judge Martínez shall be responsible for initiating and coordinating the call. Please notify her chambers by 11:00 a.m. the day before the hearing if you will be at a telephone number other than the one listed in the Court's file. This line can only accommodate up to six telephone lines, including the Court's. If the parties anticipate that they will exceed this capacity, they must contact the Court immediately so that alternative arrangements may be made.

    IT IS SO ORDERED.

                                                  _/s/ Lourdes A. Martínez_
                                                  LOURDES A. MARTÍNEZ
                                                  UNITED STATES MAGISTRATE JUDGE