IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SANDY BROWN and DIANE NELSON,

    Plaintiffs,

v.                          No. CIV-15-0008 SCY/LAM

LINDSTRAND BALLOONS, an Illinois
Corporation, and JOHN AND JANE DOES
1 through 100, inclusive,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte* to consider the parties' failure to respond to the Court's Order to File a Status Report. [*Doc. 41*]. A district court has the inherent power to dismiss a case *sua sponte* for failure to prosecute or for failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

**IT IS THEREFORE ORDERED** that, **on or before Wednesday, June 22, 2016**, the parties shall file a response to this Order showing cause why this case should not be dismissed. The parties are hereby notified that *failure to respond to this Order may result in dismissal of this case without prejudice and without further notice*.

**IT IS SO ORDERED.**

                                          */s/ Lourdes A. Martínez*
                                          **LOURDES A. MARTÍNEZ**
                                          **UNITED STATES MAGISTRATE JUDGE**